**Order filed May 31, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-22-00130-CV

_____

## TERESA SHUMSKIE, Appellant

## V.

## TRINA FINNELL, Appellee

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CV56097**

### O R D E R

Appellant, Teresa Shumskie, has filed in this court a motion in which she requests that this court (1) issue emergency temporary orders to prevent disbursement of money held in the registry of the trial court and (2) vacate the trial court's supersedeas orders and rule on the merits of Appellant's request for a supersedeas bond. *See* TEX. R. APP. P. 24.4.

Because the trial court's order permits the funds held in its registry to be disbursed after 9:00 a.m. on June 3, 2022—a date of execution that appears to be premature based upon Rule 627 of the Texas Rules of Civil Procedure—and because

this court needs sufficient time to review the merits of Appellant's Rule 24.4 motion, we issue a temporary stay, effective immediately. *See* TEX. R. APP. P. 24.4(c).

Appellant's request for a temporary stay is granted. The enforcement or execution of the underlying judgment signed on March 7, 2022, and of the trial court's orders dated May 19, 2022—related to supersedeas and the disbursement of the funds held in the registry of the trial court—are stayed pending further order of this court. Furthermore, this court requests that Appellee, Trina Finnell, file a response to Appellant's Emergency Rule 24.4 Motion for Temporary Orders and for Review of Trial Court Supersedeas Rulings. Appellee's response is due to be filed in this court on or before June 13, 2022.

PER CURIAM

May 31, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.